**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNESTO HERNANDEZ AVALOS, | No. SACV 11-1783-JST(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW CATE, et. al., | |
| Respondents. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 24, 2013

JOSEPHINE STATON TUCKER

_____
JOSEPHINE STATON TUCKER
United States District Judge